### Martha Sue NOLEN, Plaintiff–Appellant,

v.

### TRACTOR SUPPLY COMPANY, Defendant–Appellee.

#### No. 06–16573
#### Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

May 31, 2007.

David A. Webster, Robert Hutton Brown, Atlanta, GA, Plaintiff–Appellant.

William T. Mitchell, Cruser & Mitchell, LLP, Jennifer G. Cowart Norcross, GA 30092–2882 Defendant–Appellee.

Before TJOFLAT, HULL, and HILL, Circuit Judges.

PER CURIAM:

Plaintiff Nolan appeals from grant of summary judgment in favor of defendant, Tractor Supply Company. This Georgia case was removed to federal court under diversity jurisdiction.

---

1. This case was originally scheduled for oral argument, but it was decided without argument pursuant to 11th Cir. R. 34–3(f).

838

Plaintiff was an invitee inspecting garden trailers displayed at defendant's store. One large trailer that was upright, leaning against the storefront, fell and struck plaintiff. There is no evidence as to how the trailer was placed against the storefront. There is no evidence of what, how or if it was dislodged from its "at rest" position and fell. Plaintiff and a friend were the only persons present when it became dislodged and neither offered any further explanation.

The district judge issued a carefully considered ten-page order granting defendant's motion. Georgia law controls. The case of *Sams v. Wal–Mart Stores*, Inc., 228 Ga.App. 314, 491 S.E.2d 517 (1997) eliminates the doctrine of *res ipsa loquitor* as support for a prima facie case and no other evidence shows actionable negligence. The judgment is

AFFIRMED.